UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YANXIAN LIN,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KEVIN McALEENAN, ACTING SECRETARY OF HOMELAND SECURITY,[1] L. FRANCIS CISSNA, THE DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES.<br><br>　　　　Defendants, | Case No. CV 19-01155-CBM-MRW<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL [JS-6]**<br><br>Honorable Consuelo B. Marshall<br>United States District Judge |

　　Having reviewed the Stipulation for Dismissal with Prejudice and good cause appearing therefor:

　　IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its entirety.

/ / /

/ / /

---

[1] Kevin McAleenan is substituted for his predecessor, Kirstjen Nielsen. See Fed. R. Civ. P. 25(d).

1

IT IS FURTHER ORDERED THAT the parties shall bear their own respective attorney's fees, costs and expenses. All scheduled dates and deadlines are VACATED.

Dated: June 13, 2019

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


   /s/
_____
JENNIFER R. JACOBS
Assistant United States Attorney

Attorneys for Defendants